# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANAS OSAMA IBRAHIM ABDIN | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:18-CV-07543 NRB |
| CBS BROADCASTING, INC, and/or CBS CORP. NETFLIX, INC. | ) |
| *Defendant(s)* | ) |

AMENDED

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CBS BROADCASTING, INC.and/or CBS CORP. 51 West 52nd Street, New York N.Y
NETFLIX, INC. 245 West 17th Street New York, NY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Johnson 25 Broadway, 9th Floor NY NY 10004 and Allan Chan 30 Wall Street, 8th Floor NY NY 10005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 08/29/2018

/s/ D. Howie
*Signature of Clerk or Deputy Clerk*