UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK   Attorney: WINSTON, JOHNSON, RAGHNAL

ANAS OSAMA IBRAMHIM ABDIN

Plaintiff(s)

Index # 1:18-CV-07543-NRB

- against -

Purchased August 29, 2018
File # 180 (CK)

CBS BROADCASTING, INC AND/OR CBS CORP., ETANO

Defendant(s)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

STEVEN C. AVERY BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 11, 2018 at 11:55 AM at

C/O CORPORATION SERVICE COMPANY
80 STATE STREET
ALBANY, NY12207

deponent served the within AMENDED SUMMONS & AMENDED VERIFIED COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS on CBS BROADCASTING, INC therein named,

CORPORATION  a DOMESTIC corporation by delivering thereat a true copy of each to LEGAL REPRESENTATIVE OF CSC personally, deponent knew said corporation so served to be the corporation described in said AMENDED SUMMONS & AMENDED VERIFIED COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | WHITE | BROWN | 60 | 5'6 | 180 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: September 12, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11,2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

**STEVEN C. AVERY**

Invoice #: 702409

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY  10007 - (212) 619-0728  NYCDCA#1102045