UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK

Attorney: WINTON JOHNSON, RAGHNAL & ASSOCIATES, P.C.

ANAS OSAMA IBRAMHIM ABDIN

                                                          Plaintiff(s)

- against -

CBS BROADCASTING, INC AND/OR CBS CORP., ETANO

                                                          Defendant(s)

Index # 1:18-CV-07543-NRB

Purchased August 29, 2018
File # 89.70 (CK)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on September 12, 2018 at 01:20 PM at

C/O CT CORPORATION
111 EIGHTH AVENUE, 13TH FL
NEW YORK, NY 10011

deponent served the within AMENDED SUMMONS & AMENDED VERIFIED COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS on NETFLIX, INC. therein named,

**CORPORATION**   a DOMESTIC corporation by delivering thereat a true copy of each to SATTIE JAIRMAN, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said AMENDED SUMMONS & AMENDED VERIFIED COMPLAINT, ELECTRONIC CASE FILING RULES & INSTRUCTIONS as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 40 | 5'4 | 140 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: September 12, 2018

| JOSEPH KNIGHT | RALPH J MULLEN | VINETTA BREWER | **CHRISTOPHER J. KLEIN** |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1188546 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 702408 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045