UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Case No. No. 1:18-cv-07543-NRB

ANAS OSAMA IBRAHIM ABDIN     Plaintiff,

-against-

CBS BROADCASTING, INC. ET AL.   Defendant.
-------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

<u>John Johnson</u>
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JJ4170 _____ My State Bar Number is _____

I am,
[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: Winston Johnson Raghnal P.C.
            FIRM ADDRESS: 225 Broadway, Suite 700
            FIRM TELEPHONE NUMBER: 212 566 3019
            FIRM FAX NUMBER: 212-732-7091

NEW FIRM:   FIRM NAME: John Johnson & Associates
            FIRM ADDRESS: 25 Broadway, 9th Floor NY NY 10004
            FIRM TELEPHONE NUMBER: 212-566-3019
            FIRM FAX NUMBER: 347-619-0694

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: October 1, 2018            /s/ John Johnson
                                  ATTORNEY'S SIGNATURE