**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------ X

ANAS OSAMA IBRAHIM ABDIN,                         :
                                                  :
                          Plaintiff,              :    No. 1:18-cv-07543-NRB
                                                  :
              -against-                           :    Hon. Naomi Reice Buchwald
                                                  :
CBS BROADCASTING, INC. and/or CBS CORP.,          :
NETFLIX, INC.,                                    :    **STIPULATION AND ORDER**
                                                  :
                          Defendants.             :
                                                  :
------------------------------------------------------------ X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that the time for Defendants CBS Broadcasting, Inc., CBS Corp. and Netflix, Inc. to answer, move or otherwise respond to the Amended Verified Complaint [Dkt. No. 8] in this action is hereby extended from October 2, 2018 (in the case of CBS Broadcasting, Inc. and CBS Corp.) and October 3, 2018 (in the case of Netflix, Inc.) to and through November 6, 2018.  This is the first request for an extension of Defendants' time to answer, move or otherwise respond to the Amended Verified Complaint.

Dated:  October 1, 2018
        New York, New York

JOHN JOHNSON & ASSOCIATES          LOEB & LOEB LLP

By: _/s/ John Johnson_____   By: _/s/ Wook Hwang_____
    John Johnson                       Wook Hwang
    25 Broadway, 9th Floor             345 Park Avenue
    New York, New York 10004           New York, New York 10154
    (212) 566-3019                     (212) 407-4000

*Attorneys for Plaintiff*            *Attorneys for Defendants*


SO ORDERED:


_____
          U.S.D.J.