```
                                        USDC SDNY
                                        DOCUMENT
UNITED STATES DISTRICT COURT            ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK           DOC #:_____
                                    X   DATE FILED: 10 | 1 | 18
```

-------------------------------------------------------- X

ANAS OSAMA IBRAHIM ABDIN,                          :
                                                   :
                    Plaintiff,                     :   No. 1:18-cv-07543-NRB
                                                   :
             -against-                             :   Hon. Naomi Reice Buchwald
                                                   :
CBS BROADCASTING, INC. and/or CBS CORP.,           :
NETFLIX, INC.,                                     :   **STIPULATION AND ORDER**
                                                   :
                    Defendants.                    :
                                                   :
-------------------------------------------------------- X

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned

counsel, that the time for Defendants CBS Broadcasting, Inc., CBS Corp. and Netflix, Inc. to

answer, move or otherwise respond to the Amended Verified Complaint [Dkt. No. 8] in this

action is hereby extended from October 2, 2018 (in the case of CBS Broadcasting, Inc. and CBS

Corp.) and October 3, 2018 (in the case of Netflix, Inc.) to and through November 6, 2018. This

is the first request for an extension of Defendants' time to answer, move or otherwise respond to

the Amended Verified Complaint.

Dated: October 1, 2018
       New York, New York

JOHN JOHNSON & ASSOCIATES                 LOEB & LOEB LLP

By: */s/ John Johnson*                     By: */s/ Wook Hwang*
    John Johnson                               Wook Hwang
    25 Broadway, 9th Floor                     345 Park Avenue
    New York, New York 10004                   New York, New York 10154
    (212) 566-3019                             (212) 407-4000

*Attorneys for Plaintiff*                  *Attorneys for Defendants*

SO ORDERED:

U.S.D.J.
                10/1/18