|  | USDC SDNY |
|---|---|
|  | DOCUMENT |
|  | ELECTRONICALLY FILED |
|  | DOC #: |
|  | DATE FILED: 10/30/18 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

ANAS OSAMA IBRAHIM ABDIN,

          Plaintiff,

    -against-

CBS BROADCASTING, INC. and/or CBS CORP.,
NETFLIX, INC.,

          Defendants.

-------------------------------------------------------- X

No. 1:18-cv-07543-NRB

Hon. Naomi Reice Buchwald

**STIPULATION AND ORDER FOR FILING OF SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel, that:

1. Defendants hereby consent to the filing of the Second Amended Complaint (the "SAC") in the form annexed hereto, subject to the entry of this Stipulation and Order as an order of the Court.

2. Upon Plaintiff's filing of the SAC, the SAC shall be deemed served upon all Defendants named in the SAC, including newly added Defendant CBS Interactive Inc.

3. Defendants shall have 30 days from the date of the filing of the SAC to answer, move or otherwise respond to the SAC.

4. Except as expressly set forth herein, Defendants reserve and do not waive any and all defenses, objections, claims, rights and remedies with respect to the SAC or otherwise in connection with this action.

Dated: October 29, 2018
   New York, New York

JOHN JOHNSON & ASSOCIATES				LOEB & LOEB LLP

By: /s/ John Johnson					By: /s/ Wook Hwang
   John Johnson						   Wook Hwang
   25 Broadway, 9th Floor				   345 Park Avenue
   New York, New York 10004				   New York, New York 10154
   (212) 566-3019					   (212) 407-4000

*Attorneys for Plaintiff Anas Osama Ibrahim Abdin*			*Attorneys for Defendants CBS Broadcasting Inc., CBS Corporation, CBS Interactive Inc., and Netflix, Inc.*

SO ORDERED:

_____
U.S.D.J.        10/30/18