Aziz – Bearded – Homosexual – In a relationship with an albino blonde.



Ethereal space – Background changes as one enters it, character leaves trails made of projections of previous frame.



Homosexual relationship between Aziz (Brown black-bearded) and Maciek (Albino blonde)



Maciek – Albino blonde – Homosexual – in a relationship with a black-bearded man



Natasha – Long curly orange/red hair



Carter – Botanist – Inside space blue-lit travel chamber filled with floating white dots



Giant blue-lit tardigrade travelling freely in space with lightening flashes, no spacesuit of any kind



Carter – Botanist - blue crew member  uniform



Dr. Chantal – Medical – white/grey uniform



Yolanda – Black female with short hair

