# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

Acting United States Register of Copyrights and Director

Registration Number

**TX 8-559-280**

Effective Date of Registration:
June 28, 2018

## Title

    Title of Work: TARDIGRADES

## Completion/Publication

    Year of Completion: 2017
    Date of 1st Publication: July 12, 2017
    Nation of 1st Publication: United States

## Author

-     Author: Anas Abdin
    Author Created: text, artwork
    Work made for hire: No
    Citizen of: Egypt
    Domiciled in: Kuwait
    Year Born: 1978

## Copyright Claimant

    Copyright Claimant: Anas Abdin
    Kuwait University, College of Computing Sciences & Engineering, Information Science Dept, P.O. Box 5969, Safat, 13060, Kuwait

## Limitation of copyright claim

    Material excluded from this claim: text

    New material included in claim: text, artwork

## Rights and Permissions

    Organization Name: Allan Chan & Associates
    Name: allan chan
    Email: achan@chanesq.com
    Telephone: (212)561-5490