Tardigrades – By Anas Abdin



In our understanding of time, it is the year 20,000 BC where civilizations are about to discover intergalactic travel using their latest technologies. Earth was different back then. The deserts of south *Egypt* and *Ethiopia* are green and full of advanced technology.



**Right: Tardigrades** are organisms known for their high resilience among known animals. They can survive temperatures from the absolute zero up to above the boiling point of water. They can survive higher doses of radiation and the vacuum of space.

**Carter** is a botanist at the space station *Marsi-3* orbiting Jupiter. Along with his girlfriend *Alex*, and your guidance, they might be able to witness their civilization shifting into a higher type.

**'Tardigrades'** can be finished with different ways; there are two possible endings and 10s of ways to complete its puzzles. Each time the game starts is guaranteed to be a new experience due to some events and puzzles triggered randomly at any time of the game play. The story depends on your attitude in dialogs, tasks, choices and/or random events. So basically you'd be writing the story of the game.

The story has a plot twist and deals with <u>slavery, secrecy and espionage</u>.

Top

Right

Iso

Bottom





**Top:** A full 3D sketch of The Orbital Station Marsi-3.

**Left:** Aziz is trying to ease the situation after Carter mentions the recurring dreams he has been seeing lately.



**Right:** Carter
Age: 34 Earth Solar Years
Class: 4A
Occupation: Botanist
A.S: Marsi-3
Location: Jupiter Orbit

Carter is devoted to his work. He's been passionate about plants since his childhood years. He graduated from Thinis University. Currently, he is responsible of the 4th oxygen garden at Marsi-3 with his lovely girlfriend of two years Alex.



**Left:** Aziz
Age: 35 Earth Solar Years
Class: 4D
Occupation: Technician
A.S: Marsi-3
Location: Jupiter Orbit

Aziz is the pneumatic technician on Marsi-3. Always 'rushing' to fix any problem with the system.
Aziz's boyfriend is hundreds of miles away on Titan. Communications seem to be a problem due to solar activity within the region along with Jupiter's magnetic field. He is coping with this situation by playing his favorite music instrument: The Recorder.





**Right:** Yolanda
Age: 26 Earth Solar Years
Class: 2b
Occupation: Communications Engineer
A.S: Marsi-3
Location: Jupiter Orbit

Yolanda is the communications engineer on Marsi-3. She is responsible for all inter planetary messages sent and received to and from Marsi-3.

Yolanda doesn't have an 'office' aboard the ship. She keeps wandering around Marsi-3's rooms and corridors making sure everything is under control.

Yolanda is a unique character. Whenever she's in a room with another NPC, you can always invite her to a three-way chat.



**Left:** Moon
Age: 38 Earth Solar Years
Class: 2A
Occupation: Engineer
A.S: Marsi-3
Location: Jupiter Orbit

Moon is an engineer. Working along with Kat, they make sure the engines temperatures are within nominal ranges.

Despite being diagnosed with Down Syndrome, Moon showed higher IQ levels than his colleagues and aced his Engineering School back on Earth.



**Right:** Ty
Age: 120 Mercurian Solar Years
Class: 4D
Occupation: Chemical Engineer
A.S: Methane storage facility T14-53
Location: Titan

Ty is responsible for the storage of the metallic ammonium in the silos on Titan. Making sure the conditions are perfect for the metal is not an easy task due to the gravity weakness of the Saturnian moon.

Ty is Aziz's boyfriend. Born and raised on Mercury. He is more of a fan of colder climates since he spent most of his childhood on the cold dark side of Mercury. His application to join the crew of Marsi-3 was rejected due to an incident that is clearly stated on his record. He managed to get a job on Titan instead.



**Left:** Natasha's first appearance is on Titan. She's on the Eram team which is the major rival against your nation. What was she doing on Titan and specifically on land owned by your team? And will she be able to buy her way out?

Are you going to be more than friends with her? Maybe -at least- to get more information about what was she doing on Titan? What about Alex? Will she be 'okay' with this situation?

You've got a lot to explain Carter. Just be careful of the women of Eram, there's a big monster lurking behind their beauty.










**Left:** Maciek is going to be a very interesting NPC in Tardigrades. The player will be able to take control of him in an unconventional way. His actions can be triggered in several ways either by mental manipulation and/or verbal insults.

**Right:** Control Maciek's behavior by changing his character's mood variable mac_Mood. You can force him to be a little nicer to others or not.





## Ethereal Space



## Queen's Palace

































