

| tardigrades |
|---|

**Search modes**
All
Images
Videos
News
Shopping
More
SettingsTools

About 399,000 results (0.57 seconds)

A privacy reminder from Google
REMIND ME LATER
REVIEW

Search Results

# Web results

Steam Greenlight :: Tardigrades

https://steamcommunity.com/sharedfiles/filedetails/?id=344701010

1.
2.

Nov 21, 2014 - Steam Workshop: Greenlight. **Tardigrades** is a non-linear point and click **game**developed with Adventure **Game** Studio. One can solve its ...

Videos



Tardigrades Game Trailer1

anastronautcartoon
YouTube - May 17, 2015



Tardigrades - Trailer (Steam)

anastronautcartoon
YouTube - Aug 30, 2015



Blue Blood - Tardigrades Teaser #16

anastronautcartoon
YouTube - Jul 12, 2017

CBS And Netflix Sued For Copyright Infringement over Star Trek ...

SidAlpha
YouTube - Aug 25, 2018

Did CBS STEAL?- The Tardigrade Controversy - Star Trek: Discovery

Ketwolski
YouTube - Oct 27, 2017

Tardigrades – Steam Greenlight trailer

Adventure Gamers
Vimeo - Jun 2, 2018

CBS Lawsuit | Studio vs Indie Game Update #1 | Star Trek Discovery ...

Ketwolski
YouTube - Aug 23, 2018

Star Trek Discovery - Tardigrades CBS Lawsuit Update | TALKING ...

Egotastic FunTime!
YouTube - Nov 21, 2018

Is STAR TREK DISCOVERY guilty of plagiarizing the Tardigrade?

mundanematt
YouTube - Oct 19, 2017

Tardigrade Room Escape Walkthrough

Adelie Land Games
YouTube - Jul 10, 2014

## Web results

A Tale Of Two Tardigrades | Rock Paper Shotgun

https://www.rockpapershotgun.com/2017/11/08/a-tale-of-two-tardigrades/

1. Nov 8, 2017 - He's been making a **game** called **Tardigrades**, and now Discovery has come along, he's really not sure what to do.It's not unusual for the ...

Developer worried Star Trek Discovery lifted giant space bug storyline ...

https://www.pcgamesn.com/star-trek-discovery-tardigrades-adventure-game

1. Oct 24, 2017 - Anas Abdin, the developer of **Tardigrades**, an adventure **game** that's been ... off any criticism that his **game** had copied the new Star Trek series.

Star Trek Discovery Plagiarized a 2014 Video Game Story line ...

https://www.nextbigfuture.com/.../star-trek-discovery-plageriazed-a-2014-video-game...

1.

Aug 28, 2018 - There are a lot of similarities but the Video **game** is not finished and seems obscure.**Tardigrades** are known to be the only animal that can ...

### Understanding the Star Trek: Discovery Plagiarism Allegations ...

https://www.plagiarismtoday.com › Articles

1.

Sep 11, 2018 - **Tardigrades** is an unreleased point-and-click adventure **game** about a civilization that existed 20,000 years ago and discovered that, through ...

### anastronaut: Star Trek Discovery & Tardigrades

anas-tronaut.blogspot.com/2017/10/star-trek-discovery-tardigrades.html

1.

Oct 18, 2017 - **Tardigrades** production announcement was on May 8th 2014. The devlog can be found here. The **game** is about a civilization that lived on ...

### anastronaut

anas-tronaut.blogspot.com/

1.
2.

Before September 2017, my YouTube channel had a total of 3.2M views,
the **Tardigrades game**-in-production thread on the AGS forums had 200K views and ...

### Adventure Game Studio | Forums | Tardigrades ©

https://www.adventuregamestudio.co.uk/forums/index.php?topic=50444.0

1.

May 8, 2014 - '**Tardigrades**' can be finished with different ways, there are two possible endings and 10s of ways to complete its puzzles. Each time the **game** ...

Tardigrades Windows, Android game - Indie DB

https://www.indiedb.com/games/tardigrades

1.

Jun 26, 2016 - **Tardigrades** is a non-linear point and click **game** developed with Adventure **Game**Studio. One can solve its puzzles in different ways ...

Searches related to tardigrades game

tardigrades game **star trek**
tardigrades game **download**
tardigrades game **wiki**
tardigrades game **steam**
tardigrades game **lawsuit**
**star trek discovery tardigrade** game
tardigrades game **2014**
tardigrades **lawsuit**

Page navigation