UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW COURT
------------------------------------------------------------X
                                                         :

ANAS OSAMA IBRAHIM ABDIN,               :

                                                         :       No. 1:18-cv-07543-LGS

                    Plaintiff,                  :

                                                         :       Hon. Lorna G. Schofield

                  v.                              :

                                                         :

CBS BROADCASTING, INC and/or CBS CORP.  :       **NOTICE OF MOTION**
and/or CBS ALL ACCESS, and/or CBS              :
INTERACTIVE Netflix, INC.,                       :

                                                         :

                     Defendants.                :
------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and Declaration of Wook Hwang, with exhibits, dated February 12, 2019, and all other pleadings and proceedings had herein, Defendants CBS Broadcasting Inc., CBS Interactive Inc., CBS Corporation, CBS All Access[1] and Netflix, Inc., by their counsel, Loeb & Loeb LLP, will move this Court before the Honorable Lorna G. Schofield, at the United States Courthouse located at 40 Foley Square, New York, New York, as soon as counsel may be heard and at such time as the Court directs, for an Order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the Third Amended Complaint filed by Plaintiff Anas Osama Ibrahim Abdin in its entirety, with prejudice, for failure to state a claim upon which relief may be granted, together with such other relief as the Court deems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that, pursuant to the Order entered on January 8, 2019 (DE 48), opposition papers, if any, shall be filed on or before March 5, 2019.

---

[1] Although CBS All Access is named as a Defendant in the caption, it is not a legal entity and no allegations are asserted against it in the Third Amended Complaint.

Dated: New York, New York
       February 12, 2019

                                  LOEB & LOEB LLP

                              By: */s/ Wook Hwang*
                                  Wook Hwang
                                  Nathalie Russell
                                  345 Park Avenue
                                  New York, New York 10154-1895
                                  (212) 407-4000

*Attorneys for Defendants CBS Broadcasting Inc., CBS Corporation, CBS Interactive Inc., and Netflix, Inc.*