| URL | IP |
|---|---|
| https://www.cbs.com/ | 35.227.235.238 |
| http://www.cbstvd.com/ | 72.34.251.75 |
| https://www.cbsfilms.com/ | 64.207.181.59 |
| https://www.cbsinteractive.com/ | 64.30.228.139 |
| https://www.cbs.com/all-access/ | 35.227.235.238 |
| https://www.cbscorporation.com/business/cbs-television-stations/ | 64.30.228.137 |
| https://losangeles.cbslocal.com/ | 192.0.79.32 |
| | 192.0.79.33 |

| CBS | 170.20.11.20 | CBS | 170.20.10.0 |
|---|---|---|---|
| | 170.20.11.29 | | 170.20.10.1 |
| | 170.20.11.2 | | 170.20.10.2 |
| | 170.20.10.254 | | 170.20.10.3 |
| | 129.228.215.117 | | 170.20.10.4 |
| | 170.20.85.55 | | 170.20.10.5 |
| | 170.20.2.91 | | 170.20.10.6 |
| | 170.20.11.18 | | 170.20.10.7 |
| | 170.20.10.2 | | 170.20.10.8 |
| | 170.20.151.65 | | 170.20.10.9 |
| | 170.20.168.148 | | 170.20.10.10 |
| | 170.20.11.5 | | 170.20.10.11 |
| | 170.20.96.1 | | 170.20.10.12 |
| | 170.20.96.14 | | 170.20.10.13 |
| | 170.20.11.22 | | 170.20.10.14 |
| | 170.20.255.173 | | 170.20.10.15 |
| | 170.20.51.241 | | 170.20.10.16 |
| | 170.20.0.18 | | 170.20.10.17 |
| | 170.20.0.19 | | 170.20.10.18 |
| | 170.20.245.22 | | 170.20.10.19 |
| | | | 170.20.10.20 |
| | | | 170.20.10.21 |
| | | | 170.20.10.22 |
| | | | 170.20.10.23 |
| | | | 170.20.10.24 |
| | | | 170.20.10.25 |
| | | | 170.20.10.26 |
| | | | 170.20.10.27 |
| | | | 170.20.10.28 |
| | | | 170.20.10.29 |
| | | | 170.20.10.30 |
| | | | 170.20.10.31 |
| | | | 170.20.10.32 |
| | | | 170.20.10.33 |
| | | | 170.20.10.34 |
| | | | 170.20.10.35 |
| | | | 170.20.10.36 |
| | | | 170.20.10.37 |
| | | | 170.20.10.38 |
| | | | 170.20.10.39 |
| | | | 170.20.10.40 |
| | | | 170.20.10.41 |
| | | | 170.20.10.42 |
| | | | 170.20.10.43 |
| | | | 170.20.10.44 |
| | | | 170.20.10.45 |
| | | | 170.20.10.46 |

170.20.10.47
170.20.10.48
170.20.10.49
170.20.10.50
170.20.10.51
170.20.10.52
170.20.10.53
170.20.10.54
170.20.10.55
170.20.10.56
170.20.10.57
170.20.10.58
170.20.10.59
170.20.10.60
170.20.10.61
170.20.10.62
170.20.10.63
170.20.10.64
170.20.10.65
170.20.10.66
170.20.10.67
170.20.10.68
170.20.10.69
170.20.10.70
170.20.10.71
170.20.10.72
170.20.10.73
170.20.10.74
170.20.10.75
170.20.10.76
170.20.10.77

170.20.10.78
170.20.10.79
170.20.10.80
170.20.10.81
170.20.10.82
170.20.10.83
170.20.10.84
170.20.10.85
170.20.10.86
170.20.10.87
170.20.10.88
170.20.10.89
170.20.10.90
170.20.10.91

170.20.10.92
170.20.10.93
170.20.10.94
170.20.10.95
170.20.10.96
170.20.10.97
170.20.10.98
170.20.10.99
170.20.10.100
170.20.10.101
170.20.10.102
170.20.10.103
170.20.10.104
170.20.10.105
170.20.10.106
170.20.10.107
170.20.10.108
170.20.10.109
170.20.10.110
170.20.10.111
170.20.10.112
170.20.10.113
170.20.10.114
170.20.10.115
170.20.10.116
170.20.10.117
170.20.10.118
170.20.10.119
170.20.10.120
170.20.10.121
170.20.10.122
170.20.10.123
170.20.10.124
170.20.10.125
170.20.10.126
170.20.10.127
170.20.10.128
170.20.10.129
170.20.10.130
170.20.10.131
170.20.10.132
170.20.10.133
170.20.10.134
170.20.10.135
170.20.10.136
170.20.10.137
170.20.10.138

170.20.10.139
170.20.10.140
170.20.10.141
170.20.10.142
170.20.10.143
170.20.10.144
170.20.10.145
170.20.10.146
170.20.10.147
170.20.10.148
170.20.10.149
170.20.10.150
170.20.10.151
170.20.10.152
170.20.10.153
170.20.10.154
170.20.10.155
170.20.10.156
170.20.10.157
170.20.10.158
170.20.10.159
170.20.10.160
170.20.10.161
170.20.10.162
170.20.10.163
170.20.10.164
170.20.10.165
170.20.10.166
170.20.10.167
170.20.10.168
170.20.10.169
170.20.10.170
170.20.10.171
170.20.10.172
170.20.10.173
170.20.10.174
170.20.10.175
170.20.10.176
170.20.10.177
170.20.10.178
170.20.10.179
170.20.10.180
170.20.10.181
170.20.10.182
170.20.10.183
170.20.10.184
170.20.10.185

170.20.10.186
170.20.10.187
170.20.10.188
170.20.10.189
170.20.10.190
170.20.10.191
170.20.10.192
170.20.10.193
170.20.10.194
170.20.10.195
170.20.10.196
170.20.10.197
170.20.10.198
170.20.10.199
170.20.10.200
170.20.10.201
170.20.10.202
170.20.10.203
170.20.10.204
170.20.10.205
170.20.10.206
170.20.10.207
170.20.10.208
170.20.10.209
170.20.10.210
170.20.10.211
170.20.10.212
170.20.10.213
170.20.10.214
170.20.10.215
170.20.10.216
170.20.10.217
170.20.10.218
170.20.10.219
170.20.10.220
170.20.10.221
170.20.10.222
170.20.10.223
170.20.10.224
170.20.10.225
170.20.10.226
170.20.10.227
170.20.10.228
170.20.10.229
170.20.10.230
170.20.10.231
170.20.10.232

170.20.10.233
170.20.10.234
170.20.10.235
170.20.10.236
170.20.10.237
170.20.10.238
170.20.10.239
170.20.10.240
170.20.10.241
170.20.10.242
170.20.10.243
170.20.10.244
170.20.10.245
170.20.10.246
170.20.10.247
170.20.10.248
170.20.10.249
170.20.10.250
170.20.10.251
170.20.10.252
170.20.10.253
170.20.10.254
170.20.10.255


170.20.11.0
170.20.11.1
170.20.11.2
170.20.11.3
170.20.11.4
170.20.11.5
170.20.11.6
170.20.11.7
170.20.11.8
170.20.11.9
170.20.11.10
170.20.11.11
170.20.11.12
170.20.11.13
170.20.11.14
170.20.11.15
170.20.11.16
170.20.11.17
170.20.11.18
170.20.11.19
170.20.11.20

170.20.11.21
170.20.11.22
170.20.11.23
170.20.11.24
170.20.11.25
170.20.11.26
170.20.11.27
170.20.11.28
170.20.11.29
170.20.11.30
170.20.11.31
170.20.11.32
170.20.11.33
170.20.11.34
170.20.11.35
170.20.11.36
170.20.11.37
170.20.11.38
170.20.11.39
170.20.11.40
170.20.11.41
170.20.11.42
170.20.11.43
170.20.11.44
170.20.11.45
170.20.11.46
170.20.11.47
170.20.11.48
170.20.11.49
170.20.11.50
170.20.11.51
170.20.11.52
170.20.11.53
170.20.11.54
170.20.11.55
170.20.11.56
170.20.11.57
170.20.11.58
170.20.11.59
170.20.11.60
170.20.11.61
170.20.11.62
170.20.11.63
170.20.11.64
170.20.11.65
170.20.11.66
170.20.11.67

170.20.11.68
170.20.11.69
170.20.11.70
170.20.11.71


170.20.11.72
170.20.11.73
170.20.11.74
170.20.11.75
170.20.11.76
170.20.11.77
170.20.11.78
170.20.11.79
170.20.11.80
170.20.11.81
170.20.11.82
170.20.11.83
170.20.11.84
170.20.11.85
170.20.11.86
170.20.11.87
170.20.11.88
170.20.11.89
170.20.11.90
170.20.11.91
170.20.11.92
170.20.11.93
170.20.11.94
170.20.11.95
170.20.11.96
170.20.11.97
170.20.11.98
170.20.11.99
170.20.11.100
170.20.11.101
170.20.11.102
170.20.11.103
170.20.11.104
170.20.11.105
170.20.11.106
170.20.11.107
170.20.11.108
170.20.11.109
170.20.11.110
170.20.11.111
170.20.11.112

170.20.11.113
170.20.11.114
170.20.11.115
170.20.11.116
170.20.11.117
170.20.11.118
170.20.11.119
170.20.11.120
170.20.11.121
170.20.11.122
170.20.11.123
170.20.11.124
170.20.11.125
170.20.11.126
170.20.11.127
170.20.11.128
170.20.11.129
170.20.11.130
170.20.11.131
170.20.11.132
170.20.11.133
170.20.11.134
170.20.11.135
170.20.11.136
170.20.11.137
170.20.11.138
170.20.11.139
170.20.11.140
170.20.11.141
170.20.11.142
170.20.11.143
170.20.11.144
170.20.11.145
170.20.11.146
170.20.11.147
170.20.11.148
170.20.11.149
170.20.11.150
170.20.11.151
170.20.11.152
170.20.11.153
170.20.11.154
170.20.11.155
170.20.11.156
170.20.11.157
170.20.11.158
170.20.11.159

170.20.11.160
170.20.11.161
170.20.11.162
170.20.11.163
170.20.11.164
170.20.11.165
170.20.11.166
170.20.11.167
170.20.11.168
170.20.11.169
170.20.11.170
170.20.11.171
170.20.11.172
170.20.11.173
170.20.11.174
170.20.11.175
170.20.11.176
170.20.11.177
170.20.11.178
170.20.11.179
170.20.11.180
170.20.11.181
170.20.11.182
170.20.11.183
170.20.11.184
170.20.11.185
170.20.11.186
170.20.11.187
170.20.11.188
170.20.11.189
170.20.11.190
170.20.11.191
170.20.11.192
170.20.11.193
170.20.11.194
170.20.11.195
170.20.11.196
170.20.11.197
170.20.11.198
170.20.11.199
170.20.11.200
170.20.11.201
170.20.11.202
170.20.11.203
170.20.11.204
170.20.11.205
170.20.11.206

170.20.11.207
170.20.11.208
170.20.11.209
170.20.11.210
170.20.11.211
170.20.11.212
170.20.11.213
170.20.11.214
170.20.11.215
170.20.11.216
170.20.11.217
170.20.11.218
170.20.11.219
170.20.11.220
170.20.11.221
170.20.11.222
170.20.11.223
170.20.11.224
170.20.11.225
170.20.11.226
170.20.11.227
170.20.11.228
170.20.11.229
170.20.11.230
170.20.11.231
170.20.11.232
170.20.11.233
170.20.11.234
170.20.11.235
170.20.11.236
170.20.11.237
170.20.11.238
170.20.11.239
170.20.11.240
170.20.11.241
170.20.11.242
170.20.11.243
170.20.11.244
170.20.11.245
170.20.11.246
170.20.11.247
170.20.11.248
170.20.11.249
170.20.11.250
170.20.11.251
170.20.11.252
170.20.11.253

170.20.11.254
170.20.11.255