**MANDATE**

18-cv-7543(LGS)

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 17th day of August, two thousand twenty.

Before:   Denny Chin,
          Susan L. Carney,
               *Circuit Judges*,
          Kari A. Dooley,
               *District Judge.*\*

_____

Anas Osama Ibrahim Abdin,

          Plaintiff - Appellant,

v.

CBS Broadcasting Inc., Netflix, Inc., CBS Corporation,
CBS Interactive, Inc.,

          Defendants - Appellees.

_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 09/10/2020

**JUDGMENT**

Docket No. 19-3160

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was submitted on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

_____

*Judge Kari A. Dooley, of the United States District Court for the District of Connecticut, sitting by designation.

MANDATE ISSUED ON 09/10/2020